Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: michael@lozeaudrury.com
            richard@lozeaudrury.com
            doug@lozeaudrury.com

Attorneys for Plaintiff
GLOBAL COMMUNITY MONITOR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL COMMUNITY MONITOR, a non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ENVIRONMENTAL RESOURCE RECOVERY, INC., dba VALLEY RECYCLING, INC., a corporation,<br><br>    Defendant. | Case No. 11-02372 PSG<br><br>**REQUEST AND [**XXXXXXXXXXX **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

On May 13, 2011, Plaintiff filed its complaint in the above-entitled action.  Plaintiff has not yet served the complaint but plans to do so before its deadline of September 9, 2011.

Plaintiff is in the process of negotiating with Defendant in an attempt to reach a settlement agreement in lieu of moving forward with the litigation.

In order to give the parties ample time to complete a settlement agreement and submit it for a 45-day review period to the Environmental Protection Agency and Department of Justice pursuant to 40 C.F.R. § 135.5, Plaintiff requests that the Case Management Conference currently scheduled

///

///

////

///

1 | for August 2, 2011, be continued to October 11, 2011, at 2:00 pm.

2

3 | Dated: July 20, 2011                          Respectfully submitted,

4 |                                                              LOZEAU DRURY LLP

5 |                                                              By:   /s/ *Douglas J. Chermak*
   |                                                              Douglas J. Chermak
   |                                                              Attorneys for Plaintiff
6 |                                                              GLOBAL COMMUNITY MONITOR

7

8

9 | IT IS SO ORDERED.
   |       July 26, 2011                                    _____
   |                                                              Magistrate Judge Paul S. Grewal
10 |                                                            United States Magistrate Judge