1  LAWRENCE P. RAMIREZ, (State Bar No. 141550)
   LINDSEY R. ADAMS (State Bar No. 260600)
2  THE LITIGATION LAW GROUP
   111 North Market Street, Suite 1010
3  San Jose, CA 95113
   Telephone:  (408) 971-1119
4  Facsimile:   (408) 971-1129
   lpramirez@thellg.com
5  ladams@thellg.com

6  Attorneys for Defendant
   ENVIRONMENTAL RESOURCE RECOVERY, INC.
7
   Michael R. Lozeau (State Bar No. 142893)
8  Richard T. Drury (State Bar No. 163559)
   Douglas J. Chermak (State Bar No. 233382)
9  LOZEAU DRURY LLP
   1516 Oak Street, Suite 216
10 Alameda, CA 94501
   Tel: (510) 749-9102
11 Fax:  (510) 749-9103
   Email:  michael@lozeaudrury.com
12          richard@lozeaudrury.com
            doug@lozeaudrury.com
13
   Attorneys for Plaintiff
14 GLOBAL COMMUNITY MONITOR

15               **UNITED STATES DISTRICT COURT**

16        **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17                   **SAN JOSE DIVISION**

18

19 GLOBAL COMMUNITY MONITOR, a non-     Case No.: CV 11-02372 PSG
   profit corporation
20                                        **STIPULATION AND [ Proposed ]
                Plaintiff,                ORDER TO CONTINUE CASE
21                                        MANAGEMENT CONFERENCE**

22 ENVIRONMENTAL RESOURCE
   RECOVERY, INC. dba VALLEY
23 RECYCLING, INC., a corporation        **Judge:**  Magistrate Judge Paul S. Grewal
                                          **CMC Date:**  October 11, 2011
24                                        **Time:**    2:00 PM

25             Defendant.
   -------------------------------------------------   - 1 -

WHEREAS Plaintiff GLOBAL COMMUNITY MONITOR filed its complaint in the above-entitled matter on May 13, 2011;

WHEREAS Defendant ENVIRONMENTAL RESOURCE RECOVERY, INC.  agreed to a waiver of service of said complaint and service was completed on August 29, 2011;

WHEREAS an answer or motion pursuant to Rule 12 in response to Plaintiff's complaint is not due until October 28, 2011;

WHEREAS this Court previously granted Plaintiff GLOBAL COMMUNITY MONITOR's request to continue the Case Management Conference from August 2, 2011 at 2:00 PM to October 11, 2011 in light of ongoing efforts between the parties toward a settlement arrangement;

WHEREAS the parties continue their efforts to reach a settlement before moving forward with litigation and have made further steps toward this end;

WHEREAS the parties and their counsel do not wish to needlessly expend the time resources of the Court in a case that appears headed toward a cooperative resolution;

WHEREAS efforts toward cooperative resolution would be best served with additional time to afford both more time to complete a settlement agreement and to submit it to the 45-day review period of the Environmental Protection Agency and Department of Justice pursuant to 40 C.F.R. § 135.5;

//

//

STIPULATION AND [ Proposed ] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: CV 11-02372 PSG

1

2          IT IS HEREBY AGREED AND STIPULATED, that the Case Management Conference

3   presently set for October 11, 2011 at 2:00 PM in this matter shall be continued to

4   December 20, 2011 at 2:00 PM.

5

6          IT IS SO STIPULATED.

7

8   DATED:  October 3, 2011              **THE LITIGATION LAW GROUP**

9                                        By:   _/s/ Lindsey R. Adams_
                                               Lawrence P. Ramirez, Esq.
10                                             Lindsey R. Adams, Esq.
                                               ATTORNEYS FOR DEFENDANT
11                                             ENVIRONMENTAL RESOURCE
                                               RECOVERY, INC.
12                                             (VALLEY  RECYCLING)

13  DATED:  October 3, 2011              **LOZEAU DRURY, LLP**

14

15                                       By:   _Douglas J. Chermak_
16                                             Douglas J. Chermak
                                               ATTORNEYS FOR PLAINTIFF
17                                             GLOBAL COMMUNITY MONITOR

18                                       (Counsel unavailable for physical signature;
                                         Signature authorized via electronic mail as of
19                                       October 3, 2011 (*See* Adams Decl. ¶10.)

20

21  //

22  //

23  //

24  //

25

STIPULATION AND [ Proposed ] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: CV 11-02372 PSG

1

2                        **[ PROPOSED ] ORDER:**

3

4

5        PURSUANT TO STIPULATION IT IS SO ORDERED that the Case Management

6  Conference presently set for October 11, 2011 at 2:00 PM in this matter shall be continued to

7  December 20, 2011 at 2:00 PM.

8

9

10 DATE: __October 6, 2011__                    _Paul S. Grewal_____
                                                 Magistrate Judge Paul S. Grewal
11                                               United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND [ Proposed ] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: CV 11-02372 PSG